Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Ph: (503) 452-2375   Fax: (503) 464-9821
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT GRIGSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | CV 02-1753-HA<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

Attorneys' fees in the amount of $7292.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $4216.86 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorneys the balance of $3075.39, minus any applicable processing fees as allowed by statute.

DATED this _15_ day of _Nov_, 2005.

_____
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Kimberly K. Tucker
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES